IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE            §
PETITION OF DEVIN COLEMAN       § No. 4, 2017
FOR A WRIT OF MANDAMUS          §

Submitted:  February 28, 2017
Decided:    March 7, 2017

**O R D E R**

This 7th day of March 2017, it appears to the Court that the petitioner, Devin Coleman, filed a petition for a writ of mandamus on January 3, 2017 compelling the Superior Court to rule on his motion for correction of sentence. On February10, 2017, the Senior Court Clerk issued a notice directing Coleman to show cause why his petition should not be dismissed as moot in view of the Superior Court's February 7, 2017 order denying his motion for correction of sentence. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice